**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 11-cv-00542-REB-KLM

RICHARD PERKINS, individually and
RICHARD MILLER, individually.

      Plaintiffs,

v.

FEDERAL FRUIT & PRODUCE COMPANY, INC., A Colorado Corporation, and
MICHAEL MARTELLI, individually.

      Defendants.

---

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO THE MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS [DOC#15]**

---

COMES NOW, Plaintiffs, Richard Perkins and Richard Miller, by and through their undersigned counsel, Elkus & Sisson, P.C., and hereby provides notice to this Court that a supplementation of authority is required in support of Plaintiffs' Response in Opposition to the Motion for Partial Judgment on the Pleadings. As grounds therefore, Plaintiffs states the following:

On June 9, 2011, the Honorable Philip A. Brimmer issued an Order which is attached hereto as **Exhibit A**. Such Order is relevant to the issues as set forth in Defendants Motion for Partial Judgment on the Pleadings, Section III(B). Judge Brimmer's Order is responsive to the position as argued by Plaintiffs in Response to the Motion for Partial Judgment, Section II(A). **Ex. A**, p. 13, Section C.

1

WHEREFORE, Plaintiffs respectfully provides Notice of Supplemental Authority in Support of Plaintiffs' Response in Opposition for Partial Judgment on the Pleadings.

Dated this 12th day of October, 2011

          Elkus & Sisson, P.C.

          */s/ Reid J. Elkus*
          Reid J. Elkus
          1660 Lincoln St. Suite 1750
          Denver, Colorado 80264
          Telephone: (303) 567-7981
          Fax: 303-832-1188
          Email: relkus@elkusandsisson.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, a true and correct copy of this **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO THE MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS [DOC#15]** was served upon the following via first-class mail, postage prepaid, and addressed to:

Sherman & Howard
Attn: Emily F. Keiming, Esq.
633 17th Street, Suite 3000
Denver, CO 80202
Phone: (303) 297-2900
Fax: (303) 298-0940
Attorney for Defendants

          */s/Kristin L. Wernsman*
          Kristin L. Wernsman