**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 11-cv-00542-REB-KLM** | **FTR** - Reporter Deck - Courtroom C-204<br>Byron G. Rogers United States Courthouse |
| **Date: November 18, 2011** | Courtroom Deputy, Monique Wiles |

RICHARD PERKINS et al                    Reid J. Elkus

    **Plaintiff(s),**

v.

FEDERAL FRUIT & PRODUCT                  Brooke A. Colaizzi
  COMPANY, INC. et al                   Emily F. Keimig

    **Defendant(s).**

### COURTROOM MINUTES / MINUTE ORDER

**HEARING: DISCOVERY HEARING**
**Court in session: 10:29 a.m.**
Court calls case. Appearance of counsel. Linda M. Cote, General Counsel for Teamsters Local Union 455 (the "Union") is present at Plaintiff counsel's table.

This matter is before the Court regarding Defendant's Motion to Compel Responses to Defendant's Requests for Production of Documents Pursuant to Defendants' Subpoena Duces Tecum [Doc. No. 42, filed 11/4/2011] (the **"Motion"**).

The Court makes a record of the documents it has received and reviewed for purposes of today's hearing.

Counsel provide the background and basis of the discovery dispute. For reasons stated on the record,

**It is ORDERED:**    The **"Motion"** is TAKEN UNDER ADVISEMENT. The Court will issue a written order in due course.

**It is ORDERED:**    Counsel for the parties and the non-party Union shall file simultaneous briefs with the Court on the issues specified by the Court at today's hearing, **on or before December 2, 2011.**

**It is ORDERED:**        The Dispositive Motions deadline is extended, *sua sponte,* to **January 9, 2012.**

Defense counsel brings an additional discovery issue to the Court's attention which does not involve the Union.  For reasons stated on the record,

**It is ORDERED:**        Plaintiffs' counsel shall confer with defense counsel regarding production of factual matter from an investigator's report on or before **November 24, 2011.**  To the extent that the parties are unable to resolve the dispute, counsel shall bring this matter to the Court's attention pursuant to Magistrate Judge Mix's discovery procedures.

HEARING CONCLUDED.
**Court in recess:  11:19 a.m.**
Total In-court time:  50 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.