IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cv-00542-JAP-KLM

RICHARD PERKINS, and
RICHARD MILLER,

      Plaintiffs,

v.

FEDERAL FRUIT & PRODUCE COMPANY, INC., A Colorado Corporation, and
MICHAEL MARTELLI,

      Defendants.

---

## ORDER AND NOTICE OF SETTING

JAMES A. PARKER, Senior Judge
Kathleen L. Weckwerth, Visiting Judges Coordinator

      The jury trial set to commence on April 23, 2012 is VACATED.  This matter is reset for a eight-day jury trial with jury selection commencing at 2:00 o'clock p.m. on Wednesday, **May 16, 2012**, before Judge William J. Martinez in Courtroom A801 of the Alfred A. Arraj United States Courthouse.  Subsequent days of trial will be held before Senior Judge James A. Parker in Courtroom A601 of the Alfred A. Arraj United States Courthouse beginning May 17, 2012 at 9:30 a.m.

Dated: April 13, 2012