IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge James A. Parker

Civil Case No. 11-cv-00542-JAP-KLM

RICHARD PERKINS and
RICHARD MILLER,

    Plaintiffs,

v.

FEDERAL FRUIT AND PRODUCE COMPANY, INC., and
MICHAEL MARTELLI,

    Defendants.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _29_ day of May 2012.

BY THE COURT:

_____
R. Brooke Jackson, Judge

_____
Attorney for Plaintiffs

_____
Attorney for Defendants