UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-542 JAP-KLM

RICHARD PERKINS, and
RICHARD MILLER,
    Plaintiffs,

vs.

FEDERAL FRUIT AND PRODUCE COMPANY, INC. and
MICHAEL MARTELLI,
    Defendants.

## AMENDED JUDGMENT

In accordance with the MEMORANDUM OPINION AND ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW and the MEMORANDUM OPINION AND ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION AND TO VACATE TRIAL AND JUDGMENT AND/OR FOR A NEW TRIAL the Court amends its JUDGMENT IN FAVOR OF RICHARD PERKINS AND RICHARD MILLER (Doc. No. 146), this Amended Judgment is entered as follows:

1. In favor of Richard Perkins against Federal Fruit and Produce Company, Inc. on Richard Perkins' claims for unlawful discharge:

    a. $50,000 for Richard Perkins' emotional pain and mental anguish with Michael Martelli jointly and severally liable for $15,000 of the $50,000 award;

    b. $65,000 for punitive damages on Richard Perkins' claim for discriminatory discharge; and

     c. $350,000 for punitive damages on Richard Perkins' claim for retaliatory discharge;

2. In favor of Richard Perkins against Michael Martelli on Richard Perkins' claim for unlawful discharge:

     a. $15,000 for Richard Perkins' emotional pain and mental anguish which is subsumed into the $50,000 award against Federal Fruit and Produce Company, Inc. and for which Michael Martelli is jointly and severally liable with Federal Fruit and Produce Company, Inc. to the extent of $15,000;

     and

     b. $65,000 in punitive damages;

3. In favor of Richard Miller against Federal Fruit and Produce Company, Inc. on Richard Miller's claim for retaliation in the amounts of compensatory damages and punitive damages to be determined at a new trial.

4. In favor of Richard Miller against Michael Martelli on Richard Miller's claim for retaliation in the amounts of compensatory damages and punitive damages to be determined at a new trial.

               /s/ James A. Parker
               SENIOR UNITED STATES DISTRICT JUDGE

Entered this 14th day of May, 2013.