UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-542 JAP-KLM

RICHARD PERKINS, and
RICHARD MILLER,
    Plaintiffs,

vs.

FEDERAL FRUIT AND PRODUCE COMPANY, INC. and
MICHAEL MARTELLI,
    Defendants.

## ORDER DENYING WITHOUT PREJUDICE
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

On July 6, 2012, Plaintiffs Richard Perkins and Richard Miller (Plaintiffs) filed PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (Doc. No. 147) (Motion) asking the Court to award attorneys' fees and costs under 42 U.S.C. § 2000e-5(k) and 42 U.S.C. § 1988 and under Fed. R. Civ. P. 54(d)(1) and (2) and D.C. Colo. L. Civ. R. 54.3. On July 30, 2012, Defendants Federal Fruit and Produce Company, Inc. and Michael Martelli (Defendants) filed RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (Doc. No. 161) (Response), and on August 13, 2012 Plaintiffs filed REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (Doc. No. 176) (Reply). The Court will deny the Motion without prejudice.

After trial held May 16-25, 2012, the jury returned a verdict in favor of Plaintiffs on all of their claims against Defendants. After trial, Defendants filed three post-trial motions: (1) DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b) (Doc. No. 163); (2) DEFENDANTS' MOTION FOR

RECONSIDERATION AND TO VACATE TRIAL AND JUDGMENT IN FAVOR OF PERKINS AND MILLER (1) BECAUSE OF IRREGULARITIES; (2) FOR LACK OF JURISDICTION; (3) PURSUANT TO THE COURT'S INHERENT POWERS OR RULE 59 OR 60, AND/OR FOR A NEW TRIAL PURSUANT TO RULE 59 (Doc. No. 164); and (3) DEFENDANTS' MOTION FOR REMITTITUR OF THE JURY VERDICT PURSUANT TO FED. R. CIV. P. 59(e) (Doc. No. 174).  On May 14, 2013, the Court issued Memorandum Opinions and Orders on Defendants' post-trial motions granting in part and denying part those motions and granting a new trial on some of Plaintiffs' claims.  The Court then issued an AMENDED JUDGMENT (Doc. No. 196) reflecting the post-trial rulings.

Because at this time the extent of Plaintiffs' success on their claims is unknown, the Court will deny the Motion without prejudice, and Plaintiffs may re-file a motion or amend their Motion for attorneys' fees after all claims have been decided.

IT IS ORDERED that the PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (Doc. No. 147) is denied without prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Entered this 31st day of May, 2013.