**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

RICHARD PERKINS, individually and
RICHARD MILLER, individually.

Plaintiffs,

v.                                                                  Case No.: 11-cv-00542-JAP-KLM

FEDERAL FRUIT & PRODUCE COMPANY, INC.,
A Colorado Corporation, and MICHAEL MARTELLI,
individually,

Defendants.

## ORDER

On May 14, 2013, the Court entered MEMORANDUM OPINION AND ORDER REGARDING DEFENDANTS' MOTION FOR REMITTITUR (Doc. No. 195) giving Plaintiff Richard Perkins until May 31, 2013 to decide whether to accept the remitted amounts of punitive damages on his disparate treatment claims against Defendants Federal Fruit & Produce Company, Inc. and Michael Martelli.  On May 31, 2013, Richard Perkins filed PLAINTIFFS' RESPONSE TO THE COURT'S ORDER FOR REMITTITUR (Doc. No. 197) rejecting the remitted amounts of punitive damages.

IT IS ORDERED that a new trial will be held on Richard Perkins' disparate treatment claims for compensatory and punitive damages against Defendants  Federal Fruit & Produce Company, Inc. and Michael Martelli.

_____
SENIOR UNITED STATES DISTRICT JUDGE