## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**RICHARD PERKINS** and
**RICHARD MILLER**,
    Plaintiffs,

vs.                                                                                                   No. 11 CV 542 JAP/KLM

**FEDERAL FRUIT & PRODUCE COMPANY, INC.** and
**MICHAEL MARTELLI**,
    Defendants.

### ORDER OF REFERENCE UNDER 28 U.S.C. § 636 (b)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(A) and under D.C. Colo. L. Civ. R. 72.1(c), IT IS ORDERED that all pretrial proceedings are referred to United States Magistrate Judge Kristen L. Mix to conduct pretrial conferences and settlement conferences, and to hear discovery motions and decide discovery disputes and other non-dispositive pretrial motions.

Entered on December 3, 2013.

                                                  _/s/ James A. Parker_
                                             SENIOR UNITED STATES DISTRICT JUDGE