**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

RICHARD PERKINS, individually and
RICHARD MILLER, individually.

Plaintiffs,

v.                                                          Case No.: 11-cv-00542-JAP-KLM

FEDERAL FRUIT & PRODUCE COMPANY, INC.,
A Colorado Corporation, and MICHAEL MARTELLI,
individually,

Defendants.

## NOTICE OF PRETRIAL CONFERENCE

Please note that a pretrial conference is scheduled on May 23, 2014 at 1:00 p.m. at the Alfred A. Arraj United States Courthouse, 901 19th Street, Courtroom 702, Denver, Colorado. Counsel should be prepared to discuss all pending motions at the pretrial conference. A date and time for trial will be discussed at the pretrial conference.

*James A. Parker*

_____
SENIOR UNITED STATES DISTRICT JUDGE