**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE JAMES A. PARKER**

**RICHARD PERKINS and**
**RICHARD MILLER**,
    Plaintiffs,

vs.

                                        No. 11 CV 542 JAP/KLM

**FEDERAL FRUIT & PRODUCE COMPANY, INC. and**
**MICHAEL MARTELLI**,
    Defendants.

## ORDER SETTING TRIAL DATE

## AND DEADLINES FOR PRETRIAL MOTIONS

At the pretrial conference held on May 23, 2014, this matter was set for a jury trial on the remaining claims. The jury trial will begin on Monday, September 29, 2014 at 9:00 am in Courtroom A702 of the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado. A final pretrial conference will be held at 8:30 am on September 29, 2014.

The jury will be selected prior to September 29, 2014 in proceedings before the Honorable William J. Martinez.

Defendants' motion in limine related to the report and testimony of Dr. Patricia Pacey is due by June 10, 2014.

Motions objecting to exhibits to be proffered at trial are due by June 10, 2014.

Defendants' motion in limine related to a grievance made by Plaintiff Perkins regarding an incident that occurred on March 11, 2009 is due by June 30, 2014.

Deadlines for briefing on all motions will be in accordance with the time limits set out in the Local Rules of Practice of the United States District Court for the District of Colorado-Civil.

Trial preparation instructions can be accessed through the Court's website at http:\\www.nmcourt.fed.us.

ORDERED on May 28, 2014.

                                                                  SENIOR UNITED STATES DISTRICT JUDGE