**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 11-cv-00542-JAP-KLM

RICHARD PERKINS, individually and
RICHARD MILLER, individually.

      Plaintiffs,

v.

FEDERAL FRUIT & PRODUCE COMPANY, INC., A Colorado Corporation, and
MICHAEL MARTELLI, individually.

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

On October 29, 2014, the parties filed under Fed. R. Civ. P. 41(a) a STIPULATED MOTION TO DISMISS WITH PREJUDICE (Doc. No. 304). The Court, having reviewed the STIPULATED MOTION TO DISMISS WITH PREJUDICE, hereby GRANTS THE MOTION.

IT IS ORDERED THAT all claims in this action that have been asserted between or among Plaintiffs, Defendants, and/or their respective counsel are hereby dismissed with prejudice. In accordance with the STIPULATED MOTION TO DISMISS WITH PREJUDICE, each party will pay his or its own fees and costs.

Entered: November 18, 2014

*/s/ James A. Parker*

_____
SENIOR UNITED STATES DISTRICT JUDGE